UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
UNITED STATES OF AMERICA        :    WAIVER OF INDICTMENT
                                :
       - v. -                   :    S3 18 Cr. 882 (LTS)
                                :
ZHENGYI LU,                     :
    a/k/a "Allen Lu,"           :
                                :
              Defendant.        :
                                :
------------------------------- x

ZHENGYI LU, a/k/a "Allen Lu," the defendant, who is accused of violating Title 31, United States Code, Section 5324(a)(3), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ZHENGYI LU

_____
Witness

_____
Andrew Bauer, Esq.
Counsel for Defendant

Date:  New York, New York
       May 9, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 09 2019