# Arnold & Porter

Jennifer Oh
+1 212.836.7290 Direct
Jennifer.Oh@arnoldporter.com

**MEMO ENDORSED**

November 18, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 11/19/19

<u>VIA ECF AND FACSIMILE (212) 805-0426</u>

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *United States v. Zhengyi Lu*, 18 Cr. 882 (LTS)

Dear Judge Swain:

We write on behalf of our client, Zhengyi "Allen" Lu, whom this Court sentenced to three years of probation, a $2,000 fine and 240 hours of community service on November 5, 2019. In light of the conclusion of Mr. Lu's case and his payment of the $100 special assessment fee, we respectfully request that Your Honor direct the return of Mr. Lu's passport, which is currently in the custody of the United States Pretrial Service Office, Southern District of New York.

Thank you for your consideration of this request.

Respectfully submitted,

*Jennifer Oh*

Jennifer Oh

> The request is granted. Mr. Lu is reminded that any travel outside of SDNY/EDNY during the probation period must be cleared in advance with his probation officer.

SO ORDERED:

*/s/ Laura Taylor Swain*  11/19/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Arnold & Porter Kaye Scholer LLP
250 West 55th Street  |  New York, NY 10019-9710  |  www.arnoldporter.com